# IN THE UNITED STATES DISCTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **DAYLAN HURST,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 4:19-cv-00878-FJG |
| | ) |
| **WENDY'S OF MISSOURI, INC.,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## NOTICE OF DEPOSITION OF PLAINTIFF DAYLAN HURST

To:    Kirk Holman
       Aiman Dvorak
       Holman Schiavone, LLC
       4600 Madison Avenue, Suite 810
       Kansas City, Missouri 64112

You are hereby notified that the deposition of Plaintiff Daylan Hurst, to be used in evidence in the above-entitled cause, will be taken at the offices of Holman Schiavone, 4600 Madison Avenue, Suite 810, Kansas City, Missouri 64112, commencing at 10:30 a.m. on July 13, 2020, and continuing until completion. The deposition will be conducted before a certified court reporter from Alaris Litigation Services.

                            **Respectfully submitted,**

                            **ELLIS, ELLIS, HAMMONS, JOHNSON P.C.**

                            /s/ *Todd Johnson*
                            Todd A. Johnson    Missouri Bar # 38363
                            2808 S. Ingram Mill Road, A104
                            Springfield, Missouri 65804
                            (417) 866-5091
                            (417) 866-1064
                            tjohnson@eehjfirm.com

                            **ATTORNEY FOR DEFENDANT**
                            **WENDY'S OF MISSOURI INC.**

1

## CERTIFICATE OF SERVICE

  I hereby certify that on this 23rd day of June 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and a copy was made available to all electronic filing participants.

  Kirk Holman
  Aiman Dvorak
  Holman Schiavone, LLC
  4600 Madison Avenue, Suite 810
  Kansas City, Missouri 64112
  Kholman@hslawllc.com

              */s/ Todd A. Johnson*_____